# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE UNDERWOOD, | : | Civil No. 1:19-CV-01634 |
| Plaintiff, | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of March, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Commonwealth Defendants' motion to dismiss, Doc. 13, is **GRANTED**.

2. All claims in this case are **DISMISSED with prejudice.**

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania